# IN THE SUPREME COURT OF THE STATE OF NEVADA

TODD ROBBEN,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; THE HONORABLE
WILLIAM A. MADDOX, SENIOR
JUDGE; AND C. TORRES, DEPUTY
CLERK,
Respondents.

No. 78639

FILED

JUL 03 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to file his motion to dismiss and/or strike a motion to modify child custody/visitation and to transfer the underlying custody matter to Douglas County based on the disqualification of the entire First Judicial District Court.

Robben has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev.

19-28590

222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

Attorney General/Carson City
Carson City Clerk